IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY RICE,                Plaintiff, | : : : | |
| v. | : : | CIVIL ACTION NO. 24-CV-0202 |
| INMATE ACCOUNT, *et al.*                Defendants. | : : : | |

## ORDER

AND NOW, this 6th day of March, 2024, upon consideration of Timothy Rice's Motion to Proceed *In Forma Pauperis* (ECF No. 2), Prisoner Trust Fund Account Statement (ECF No. 3), *pro se* Complaint (ECF No. 1), and Motion for Appointment of Counsel (ECF No. 5), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. Timothy Rice, #DV-2363, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case.  The Court directs the Superintendent of SCI Phoenix or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Rice's inmate account; or (b) the average monthly balance in Rice's inmate account for the six-month period immediately preceding the filing of this case.  The Superintendent or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case.  In each succeeding month when the amount in Rice's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Rice's

inmate account until the fees are paid.  Each payment shall refer to the docket number for this case.

      3.      The Clerk of Court is **DIRECTED** to send a copy of this Order to the Superintendent of SCI Phoenix.

      4.      The Complaint is **DEEMED** filed.

      5.      Rice's Complaint is **DISMISSED WITH PREJUDICE** as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for the reasons stated in the Court's Memorandum.

      6.      Rice's Motion for Appointment of Counsel is **DENIED**.

      7.      The Clerk of Court shall **CLOSE** this case.

                                 **BY THE COURT:**

                                     /s/ Hon. Kelley B. Hodge

                                   **KELLEY BRISBON HODGE, J.**